UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,           :     21-Cr-249 (SHS)

   -against-                        :     ORDER

DUVAUGHN WILSON, ET AL.,            :

              Defendants.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   IT IS HEREBY ORDERED that the sentencing dates are adjourned as follows:

| | |
|---|---|
| Christopher Machado | November 14 at 11:00 a.m. |
| Courtney Schloss | November 15 at 3:30 p.m. |
| Duvaughn Wilson | November 15 at 4:00 p.m. |
| Samuel Taj | November 15 at 4:30 p.m. |
| Ken Alexander | November 18 at 11:00 a.m. |

Dated: New York, New York
       November 7, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.