# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2023

**BY EMAIL & ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Re:  United States v. Jamel Thomas,
21 Cr. 249 (RA)

Ronnie Abrams, U.S.D.J.
June 29, 2023

Dear Judge Abrams:

I write to respectfully request that the Court modify Jamel Thomas's bail conditions to permit him to drive to Woonsocket, Rhode Island, from Friday, June 30, 2023, to Sunday, July 2, 2023, with his girlfriend to visit with his girlfriend's sister at an address to be provided to Officer Dayshawn Bostic. Pre-Trial Services, by Officer Bostic, consents to this application. The Government, via AUSA Ashley Nicolas, defers to Pre-Trial Services.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:  AUSA Ashley Nicolas
Officer Dayshawn Bostic