**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2023

**BY EMAIL & ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 5, 2023

Re:   United States v. Jamel Thomas,
      21 Cr. 249 (RA)

Dear Judge Abrams:

    I write to respectfully request that the Court modify Jamel Thomas's bail conditions to permit him to travel to Puerto Rico for his birthday from September 7 to September 11, 2023. Mr. Thomas will travel with his girlfriend. I have consulted Officer Dayshawn Bostic, who, after conferring further with Mr. Thomas and me, does not object to this application. The government, by AUSA Ashley Nicolas, defers to Pre-Trial Services.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Ashley Nicolas
      AUSA Matthew King
      PTS Officer Dayshawn Bostic