# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 11, 2025

**BY CM/ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 11, 2025

**Re:   *United States v. Jamel Thomas*
         21 Cr. 249 (RA)**

Dear Judge Abrams:

    I write to respectfully request that the Court permit Jamel Thomas to travel to Los Angeles for his birthday from September 5 through September 9, 2025. Mr. Thomas has provided all the details of his anticipated travel to Pre-Trial Officer Dominique Jackson, who does not object to this application. The Government, by AUSA Matthew King, also does not object to this application. I thank the Court for its consideration.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Cc:   AUSA Matthew King
         AUSA Ashley Nicolas